IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| C&R FORESTRY, INC. | ) | |
| an Idaho corporation, | ) | Case No. CV 05-381-N-EJL |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | REPORT & RECOMMENDATION |
| | ) | |
| CONSOLIDATED HUMAN RESOURCES, | ) | |
| AZ, INC., an Arizona corporation; and | ) | |
| CONSOLIDATED HUMAN RESOURCES, | ) | |
| INC., a California corporation; and CHR | ) | |
| EMPLOYER SERVICES, INC., an Arizona | ) | |
| corporation; and LIBERTY MUTUAL | ) | |
| INSURANCE COMPANY, a foreign | ) | |
| corporation authorized to do business in | ) | |
| Idaho; and LIBERTY MUTUAL FIRE | ) | |
| INSURANCE COMPANY, a foreign | ) | |
| corporation authorized to do business in | ) | |
| Idaho; and LIBERTY NORTHWEST | ) | |
| INSURANCE CORPORATION, a foreign | ) | |
| corporation authorized to do business in | ) | |
| Idaho; and LIBERTY MUTUAL | ) | |
| INSURANCE GROUP/BOSTON, a foreign | ) | |
| entity not authorized to do business in Idaho; | ) | |
| and LIBERTY INSURANCE | ) | |
| CORPORATION, a foreign entity not | ) | |
| authorized to do business in Idaho; and JOHN | ) | |
| DOES 1 through 5; and JANE DOES 1 | ) | |
| through 5; CORPORATE DOES 1 and 2; | ) | |
| LIMITED LIABILITY COMPANY DOES | ) | |
| 1 and 2, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER                                    1

On December 19, 2007, United States Magistrate Judge Mikel H. Williams issued a Report and Recommendation (Docket No. 107).

Pursuant to 28 U.S.C. § 636(b)(1), the parties had ten (10) days in which to file written objections to the Report and Recommendation, however neither party has objected to the recommendation made by Judge Williams. Exercising de novo review of the matter, this Court may accept, reject or modify, in whole or in part, the findings and recommendations made by the magistrate judge. Id.

Because this Court finds the Report and Recommendation of Judge Williams to be well founded in law and supported by the record, the Court hereby accepts in their entirety, and adopts as its own, the findings made by Judge Williams. Acting on the recommendation of Judge Williams and this Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Report and Recommendation entered on December 19, 2007, (Docket No. 107) by Judge Williams should be, and is hereby, **INCORPORATED** by reference and **ADOPTED** in its entirety.

**IT IS FURTHER ORDERED** that Defendants' Motion to Strike (Docket No. 65) be **DENIED**.

DATED: **January 9, 2008**

Honorable Edward J. Lodge
U. S. District Judge

ORDER                                   2